Capital One
Attn: General Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT  84130-0285


Citibank/the Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO  63179-0040


Commonwealth of Pennsylvania
Department of Labor and Industry
651 Boas St Rm 702
Harrisburg, PA  17121-0751


Credit Collections Svc
PO Box 773
Needham, MA  02494-0918


Ge Capital Retail Bank
Portfolio Recovery
PO Box 41067
Norfolk, VA  23541-1067


M & T Bank
PO Box 844
Buffalo, NY  14240-0844

Medical Data Systems Inc
MDS
2001 9th Ave Ste 312
Vero Beach, FL   32960-6413


Nationwide Insurance
PO Box 607
Norwood, MA   02062-0607


Portfolio Recovery
PO Box 41067
Norfolk, VA   23541-1067


Rachel and William Rubino
95 Dorantown Rd Apt 1
Moscow, PA   18444-7962


Regional Hospital of Scranton
Medical Data Sytstems INC MDS
2001 9th Ave Ste 312
Vero Beach, FL   32960-6413


World Financial Network Bank
Portfolio Recovery
PO Box 41067
Norfolk, VA   23541-1067