```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 17-00456-JJT
Christine C. Ackerman                                                 Chapter 13
        Debtor            **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner              Page 1 of 2           Date Rcvd: May 04, 2017
                              Form ID: ntcnfhrg          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
```
db              Christine C. Ackerman,    95 Dorantown Rd,    Moscow, PA  18444-7962
cr             +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
4881254         Ackerman Christine C,    95 Dorantown Rd,    Moscow, PA  18444-7962
4881255         Caffese Law Firm,    803 Main St,    Stroudsburg, PA  18360-1601
4881256         Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
4895257         Capital One Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
4899877         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4895258         Citibank/Centralized Bankruptcy,    PO Box 790040,    Saint Louis, MO  63179-0040
4881257         Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO  63129
4895259         Commonwealth of Pennsylvania,    651 Boas St Rm 702,    Harrisburg, PA  17121-0751
4881863        +Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4895261         Ge Capital Retail Bank Portfolio Recovery,    PO Box 41067,    Norfolk, VA  23541-1067
4881260         Medical Data Systems Inc,    MDS,   2001 9th Ave Ste 312,    Vero Beach, FL  32960-6413
4895263         Medical Data Systems Inc MDS,    2001 9th Ave Ste 312,    Vero Beach, FL  32960-6413
4895264         Nationwide Insurance,    PO Box 607,    Norwood, MA  02062-0607
4891343        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4895266         Rachel and William Rubino,    95 Dorantown Rd Apt 1,    Moscow, PA  18444-7962
4895267         Regional Hospital of Scranton,    2001 9th Ave Ste 312,    Vero Beach, FL  32960-6413
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 04 2017 18:58:09      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
4881863        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 04 2017 18:58:09
                 Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4895259         E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 04 2017 18:58:09
                 Commonwealth of Pennsylvania,    651 Boas St Rm 702,    Harrisburg, PA  17121-0751
4881258         E-mail/Text: bankruptcy_notifications@ccsusa.com May 04 2017 18:58:06
                 Credit Collections Svc,    PO Box 773,    Needham, MA  02494-0918
4881259         E-mail/Text: camanagement@mtb.com May 04 2017 18:57:40      M & T Bank,    PO Box 844,
                 Buffalo, NY 14240-0844
4895724         E-mail/Text: camanagement@mtb.com May 04 2017 18:57:40      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4881261         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2017 18:59:49
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA  23541-1067
4895268         E-mail/PDF: bk@worldacceptance.com May 04 2017 18:54:32      World Financial Network Bank,
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA  23541-1067
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4895260*        Credit Collections Svc,    PO Box 773,    Needham, MA  02494-0918
4895262*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court:   M & T Bank,     PO Box 844,    Buffalo, NY  14240-0844)
4895265*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery,     PO Box 41067,    Norfolk, VA  23541-1067)
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
          John Robert Caffese    on behalf of Debtor Christine C. Ackerman ecf@jrcfirm.com,
           kevin@jrcfirm.com
          Matthew   Mugno    on behalf of Debtor Christine C. Ackerman matt@jrcfirm.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christine C. Ackerman
Debtor(s)

Chapter 13

Case No. 5:17−bk−00456−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 3, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 6, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2017 |