UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE C. ACKERMAN : CHAPTER 13
        Debtor(s) :
         :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
         :
        vs. :
         :
CHRISTINE C. ACKERMAN :
        Respondent(s) : CASE NO. 5-17-bk-00456

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

      AND NOW, this 1st day of May, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

      2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

      a. 2016 Federal Income Tax return.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                            Respectfully submitted:

                            Charles J. DeHart, III
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036
                            (717) 566-6097

      BY:                 /s/Agatha R. McHale
                            Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 15th day of May, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Caffese, Esquire
803 Main Street
Stroudsburg, PA   18360

                                             /s/Deborah A. Behney
                                             Office of Charles J. DeHart, III
                                             Standing Chapter 13 Trustee