```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                          Case No. 17-00456-JJT
Christine C. Ackerman                                                           Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner              Page 1 of 2             Date Rcvd: Jun 13, 2017
                             Form ID: pdf010            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db             Christine C. Ackerman,    95 Dorantown Rd,    Moscow, PA 18444-7962
cr            +COMMONWEALTH OF PA UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
4881254        Ackerman Christine C,    95 Dorantown Rd,    Moscow, PA 18444-7962
4881255        Caffese Law Firm,    803 Main St,    Stroudsburg, PA 18360-1601
4881256        Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
4895257        Capital One Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
4899877        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4895258        Citibank/Centralized Bankruptcy,    PO Box 790040,    Saint Louis, MO 63179-0040
4881257        Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                Louis, MO 63129
4895261        Ge Capital Retail Bank Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067
4921940       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
4881260        Medical Data Systems Inc,    MDS,    2001 9th Ave Ste 312,    Vero Beach, FL 32960-6413
4895263        Medical Data Systems Inc MDS,    2001 9th Ave Ste 312,    Vero Beach, FL 32960-6413
4895264        Nationwide Insurance,    PO Box 607,    Norwood, MA 02062-0607
4891343       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4895266        Rachel and William Rubino,    95 Dorantown Rd Apt 1,    Moscow, PA 18444-7962
4895267        Regional Hospital of Scranton,    2001 9th Ave Ste 312,    Vero Beach, FL 32960-6413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4881863       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 13 2017 19:16:04
                Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4895259        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 13 2017 19:16:04
                Commonwealth of Pennsylvania,    651 Boas St Rm 702,    Harrisburg, PA 17121-0751
4881258        E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 13 2017 19:16:00
                Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
4881259        E-mail/Text: camanagement@mtb.com Jun 13 2017 19:15:24     M & T Bank,    PO Box 844,
                Buffalo, NY 14240-0844
4895724        E-mail/Text: camanagement@mtb.com Jun 13 2017 19:15:24     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
4881261        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2017 19:24:38
                Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067
4895268        E-mail/PDF: bk@worldacceptance.com Jun 13 2017 19:18:37       World Financial Network Bank,
                Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4895260*       Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
4895262*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M & T Bank,    PO Box 844,    Buffalo, NY 14240-0844)
4895265*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067)
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
          John Robert Caffese    on behalf of Debtor Christine C. Ackerman ecf@jrcfirm.com,
           kevin@jrcfirm.com
          Matthew  Mugno    on behalf of Debtor Christine C. Ackerman matt@jrcfirm.com,   ecf@jrcfirm.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: CHRISTINE ACKERMAN | Chapter 13 |
|---|---|
| CHRISTINE ACKERMAN | Case No.: 5: 17 – 00456 |
| Debtor | |

## ORDER

Upon consideration of the Motion to Impose Stay to all creditors, it is **ORDERERD** that the automatic stay shall be imposed to all creditors.

By the Court,

Dated: June 13, 2017

*[signature]*

John J. Thomas, Bankruptcy Judge
(PJR)