# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine C. Ackerman<br>    Debtor<br><br>M & T Bank<br>    Movant<br>  vs.<br><br>Christine C. Ackerman<br>    Debtor<br><br>Charles J. DeHart, III Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 17-00456 RNO |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M & T Bank, which was filed with the Court on or about **April 10, 2017** (Document No. 23).

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    jwarmbrodt@kmllawgroup.com
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

June 22, 2017