```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                  Case No. 17-00456-JJT
Christine C. Ackerman                                   Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

```
District/off: 0314-5        User: PRatchfor       Page 1 of 1          Date Rcvd: Jun 28, 2017
                            Form ID: ortext        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db            Christine C. Ackerman,   95 Dorantown Rd,   Moscow, PA  18444-7962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
          James Randolph Wood    on behalf of Creditor   North Pocono School District
           jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
          John Robert Caffese    on behalf of Debtor Christine C. Ackerman ecf@jrcfirm.com,
           kevin@jrcfirm.com
          Matthew  Mugno    on behalf of Debtor Christine C. Ackerman matt@jrcfirm.com,   ecf@jrcfirm.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christine C. Ackerman
**Debtor(s)**

Chapter: 13

Case number: 5:17−bk−00456−JJT

# ORDER

Proceeding Memo re: Confirmation Hearing of 06/28/2017 on the First Amended Plan (#28); held. Record made. Order − confirmation is hereby denied. Appearances: Agatha M. McHale, Esq.. IT IS SO ORDERED on 6/28/2017. /s/John J. Thomas (RE: related document(s)28). (Ratchford, Patricia)